# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 18, 2007

Clifford W. Taylor,
Chief Justice

133766-7

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE MARIA WARNER, Minor.

_____

DEPARTMENT OF HUMAN SERVICES,
            Petitioner-Appellee,
v

MARINA IVANOVA,
            Respondent-Appellant,
and

JAMES WARNER,
            Respondent.

SC: 133766
COA: 270822
Kent Circuit Court
Family Division: 04-057039-NA

_____

IN RE  JOHN WARNER, Minor.

_____

DEPARTMENT OF HUMAN SERVICES,
            Petitioner-Appellee,
v

MARINA IVANOVA,
            Respondent-Appellant,
and

JAMES WARNER,
            Respondent.

SC: 133767
COA: 270823
Kent Circuit Court
Family Division: 04-057182-NA

_____/

On order of the Court, the application for leave to appeal the February 6, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 18, 2007

s0515

_____
Clerk